UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
STEVEN GUZMAN,

                  Petitioner,         MEMORANDUM OPINION
                                      AND ORDER
     -against-

                                      S2 10 Cr. 1058 (MGC)

UNITED STATES OF AMERICA,

                  Respondent.

----------------------------------X

**Cedarbaum, J.**

Petitioner Steven Guzman moves for appointment of counsel
to assist him in preparing a petition under 28 U.S.C. § 2255.
Since there is no constitutional right to the assistance of
counsel for a habeas corpus petition, see Coleman v. Thompson,
501 U.S. 722, 756-57, 111 S. Ct. 2546, 2568, 115 L. Ed. 2d 640
(1991), Guzman may be provided with counsel only if "the
interests of justice so require."  18 U.S.C. § 3006A(a)(2)(B).

Guzman seeks to bring a claim of ineffective assistance of
counsel because his trial counsel, Jean D. Barrett, allegedly
failed to "properly investigate his complete background and
mental health history prior to advising on a guilty plea," and
made other errors that allegedly affected Guzman's plea and
sentence.

Barrett investigated Guzman's medical needs with
extraordinary diligence.  She brought his health problems to my
attention and pressed for the best medical care available.
Based on my observations of Guzman's attorney, I find that
Guzman was very well and effectively represented by counsel
before his plea.  Providing Guzman with new counsel for a § 2255
petition would therefore not be in the interests of justice.

For the foregoing reasons, the motion is denied.

SO ORDERED.

Dated:    New York, New York
          June 10, 2013


                              S/_____
                                MIRIAM GOLDMAN CEDARBAUM
                                United States District Judge